UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN HADEN,

        Petitioner,

    v.

MICHAEL MARTEL, Warden, *et al.*,

        Respondents.
_____/

No. C-11-4799 EMC (pr)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

       Petitioner filed this action pursuant to 28 U.S.C. § 2254 to challenge the sentence imposed for his 1998 spousal abuse conviction from the San Mateo County Superior Court. His earlier habeas petition challenging that conviction, *Haden v. Hubbard*, No. C 01-20404 JF, was denied in 2004. The Court dismissed the present action without prejudice to Petitioner filing a new action after he obtains permission from the U.S. Court of Appeals for the Ninth Circuit to file a second or successive petition.

       Petitioner has filed a notice of appeal and application for a certificate of appealability. *See* 28 U.S.C. § 2253(c). The application for a certificate of appealability is **DENIED**. (Docket # 6.) This is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable

///

///

///

///

whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Clerk shall forward to the Court of Appeals the case file with this Order. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: April 3, 2012

_____
EDWARD M. CHEN
United States District Judge